# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TREVOR MURIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )  Case No. 21-2069-JWB-GEB |
| v. | ) |
| | ) |
| **SERVICEMASTER RESTORATION BY** | ) |
| **RECOVERY PROS, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**NOW ON THIS** ___1st__ day of __December, 2021 counsel for Defendants Servicemaster Restoration by Recovery Pros, LLC, Red Carpet Restoration, LLC and Laneco, LLC have filed a Joint Stipulation for Dismissal with Prejudice in the above-captioned matter. Based upon the Joint Stipulation for Dismissal and for good cause shown, the Court hereby ORDERS that Plaintiff's suit against Defendant be dismissed with prejudice with the parties to bear their own costs.

IT IS SO ORDERED.

Dated on this _1st___ day of __December, 2021.

___s/ John Broomes_____
District Court Judge